UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TONY MANUEL BARREN, | ) | CASE NO. CV 07-6896 GHK (FFM) |
|---|---|---|
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| ANDREW HEDGPETH, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED Judgment be entered dismissing the Petition on the merits with prejudice.

DATED:  11/15/11

GEORGE H. KING
United States District Judge