UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MANUEL BARREN,<br><br>            Petitioner,<br><br>      v.<br><br>ANDREW HEDGPETH,<br><br>            Respondent. | CASE NO. CV 07-6896 GHK (FFM)<br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:     11/15/11

                                                GEORGE H. KING
                                          United States District Judge