UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MANUEL BARREN, | CASE NO. CV 07-6896 GHK (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| ANDREW HEDGPETH, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:     11/15/11

_____
GEORGE H. KING
United States District Judge